### In the Interest of C.A.M., A Minor, Plaintiff.

### COLE COUNTY JUVENILE OFFICER, Respondent,

v.

### D.P., Natural Mother, Appellant.

### No. WD 44431.

Missouri Court of Appeals, Western District.

June 30, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1992.

Application to Transfer Denied Oct. 27, 1992.

Lori J. Levine, Jefferson City, for plaintiff.

Cyril M. Hendricks, W. Keith Currie, Hendricks, Riner & Smith, Jefferson City, for appellant.

Gerald Roark, Hendren and Andrae, Jefferson City, for respondent.

Before SPINDEN, P.J., and TURNAGE and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM:

Appeal from an order terminating parental rights. Judgment affirmed. Rule 84.-16(a).